*TO:  DOCKET CLERK*



*__MAGISTRATE CASE NUMBER*

*OR*

*X_NO MAGISTRATE PAPERS WERE FOUND*

*for*

*NAME:___RYAN J. HARRIS aka: "Red"; Sean D. Alfortish: Vanessa Motta;*

*Motta Law, LLC; Jason F. Giles; The King Firm, LLC; Leon M. Parker aka:*

*"Chunky" Diaminike F. Stalbert; Carl G. Morgan; Timara N. Lawrence*

*Initials:  amm*

If you receive this note without any initials,

please return the entire packet to criminal desk .

Thank you