

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2024 DEC -6  P 2: 45

CAROL L. MICHEL
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**SEALED**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | SECTION: "D"(1) |
| **RYAN J. HARRIS**<br>   a/k/a "Red"<br>**SEAN D. ALFORTISH**<br>**VANESSA MOTTA**<br>**MOTTA LAW, LLC**<br>**JASON F. GILES**<br>**THE KING FIRM, LLC**<br>**LEON M. PARKER**<br>   a/k/a "Chunky"<br>**DIAMINIKE F. STALBERT**<br>**CARL G. MORGAN**<br>**TIMARA N. LAWRENCE** | *<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>* | **VIOLATIONS:**<br>   18 U.S.C. § 1349<br>   18 U.S.C. § 1341<br>   18 U.S.C. § 1503<br>   18 U.S.C. § 1512<br>   18 U.S.C. § 1513<br>   18 U.S.C. § 1001<br>   18 U.S.C. § 924<br>   18 U.S.C. § 2<br><br>Filed Under Seal |

\*   \*   \*

### MOTION AND INCORPORATED MEMORANDUM
### IN SUPPORT TO SEAL SUPERSEDING INDICTMENT

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, who respectfully moves this Court to seal the indictment in the above-captioned matter as well as the instant motion and accompanying order to seal.

The indictment discusses an ongoing criminal investigation that is neither public nor known to all the targets of the investigation. Accordingly, there is good cause to seal these

____ Fee ____
____ Process ____
_X_ Dktd ____
____ CtRmDep ____
____ Doc. No. ____

documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

**WHEREFORE** the government prays that its motion be granted, ordering the Clerk of Court to seal the above-referenced indictment, the instant motion, and accompanying proposed order until further order of the Court, after providing the United States Attorney's Office for the Eastern District of Louisiana a certified copy of the indictment

    Respectfully,

    MICHAEL M. SIMPSON
    Attorney for the United States
    Acting Under Authority Conferred
    By 28 U.S.C. § 515

    */s/ Matthew R. Payne*
    MATTHEW R. PAYNE
    Assistant United States Attorney
    Eastern District of Louisiana
    LA Bar No. 32631
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3081
    Email: matthew.payne@usdoj.gov