| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  Official Record |
|---|---|---|

## HEADER

**Source ID:** ▮▮▮▮7465
**Date:** 12/12/2019
**Case Agent Name:** SMITH, MATTHEW P
**Field Office/Division:** New Orleans
**Squad:** Squad 4

## SOURCE REPORTING

**Date of Contact:** 11/19/2019

**List all present including yourself (do not include the CHS):**
SA Brandon Brown, LSP Investigator Jason Gagliano, SA Matthew Smith

**Type of Contact:** In Person

**Country:** UNITED STATES
**City:** New Orleans
**State:** Louisiana

**Date of Report:** 12/12/2019

**Substantive Case File Number**
▮▮▮▮▮▮▮

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ owned a body shop and staged accidents for the KING FIRM until he was murdered about two years ago. CHS learned how to stage accidents from ▮▮▮▮▮ but ▮▮▮▮▮ was mostly staging accidents with cars until he began working with CHS. ▮▮▮▮▮ told CHS not to put four people in a car when staging an accident because it raised red flags. Staged accident participants were recruited by word of mouth. CHS met participants in intentionally varied locations when setting up staged accidents. Not all participants knew they were getting into a staged accident.

CHS believed every tractor-trailer accident at the KING FIRM was a staged accident from ▮▮▮▮▮ and CHS. CHS staged accidents for the KING FIRM from about 2015 to 2017. The KING FIRM paid the most money for accidents beginning at $1,300 per person but then it dropped to $1,000 in 2017. CHS met JASON GILES (GILES) through ▮▮▮▮▮ They met in a Mercedes G-class in front of the KING FIRM. GILES primarily dealt with ▮▮▮▮▮ CHS met GILES a couple of times.

GILES wanted CHS to bring them 25 cases per month. ▮▮▮▮▮ ▮▮▮▮▮ gave GILES money to pay ▮▮▮▮▮ who then paid CHS. CHS met three or four Attorneys who worked for the KING FIRM.

Sometimes CHS and ▮▮▮▮▮ had to take breaks from staging accidents for the KING FIRM because the KING FIRM had to replenish the funds for staging accidents. CHS believed the KING FIRM sold excess cases to other firms for about $10,000.

**GOVERNMENT EXHIBIT A**

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  Official Record |
|---|---|---|

CHS heard someone was getting cocaine for Attorneys at the KING FIRM.

The KING FIRM was still involved in staging accidents with cars, but not tractor-trailers because there had been too many.

CHS believed ▮▮▮ Attorney at the KING FIRM, was involved in staged accidents.

After ▮▮▮ died, CHS did not want to deal with middlemen anymore after working with ▮▮▮ and the KING FIRM. SEAN ALFORTISH (ALFORTISH) agreed and they began working directly together. CHS met ALFORTISH through ▮▮▮ ALFORTISH gave the staged accident cases to other Attorneys such as ▮▮▮ and VANESSA MOTTA (MOTTA).

ALFORTISH gave CHS Christmas bonuses.

One of ALFORTISH's telephone numbers was 504-309-3444.

CHS confirmed CHS drove the plaintiff vehicle in the September 7, 2017 accident. ▮▮▮ was driving the second car, which was possibly a Ford Fusion, seen in the tractor-trailer dash-cam video.

CHS facilitated staged accidents for ▮▮▮ who took the cases to the ▮▮▮ may be in Houston, Texas.

CHS believed the last staged accident CHS facilitated was around May 2019 for ▮▮▮. There were three participants: a woman and her two daughters. The woman was light-skinned, and her daughters were around 12 years old. They were from "across the river" and they all met at a Winn-Dixie. The accident was on I-10 in a rental car the woman had already wrecked. CHS drove the vehicle for the staged accident. NOPD responded to the accident. CHS took the participants to ▮▮▮ CHS did not like working with ▮▮▮ and only brought ▮▮ three or four accidents.

Since CHS was arrested on unrelated charges in October 2019, CHS was "dead on the streets." CHS believes the Attorney who will represent CHS for these charges primarily works federal cases. CHS was told CHS could no longer go to MOTTA's office.

CHS always staged accidents at night.

"V" in CHS's phone was MOTTA.

Source placed a consensually recorded telephone call to ALFORTISH.

**Synopsis:**
CHS reporting on fraudulent accidents and placed a consensually recorded telephone call.

### SIGNATURE

| | | |
|---|---|---|
| Submitted By | mpsmith (SMITH, MATTHEW) | Fri, 20 Dec 2019 15:13:55 -06:00 |
| First Level Approved By | JDLOCKETT (Lockett, Jeffrey) | Mon, 30 Dec 2019 13:09:09 -06:00 |

US-072-00003327