| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  Official Record |
|---|---|---|

## HEADER

| | |
|---|---|
| **Source ID:** | ▮▮▮7465 |
| **Date:** | 01/14/2020 |
| **Case Agent Name:** | SMITH, MATTHEW P |
| **Field Office/Division:** | New Orleans |
| **Squad:** | Squad 4 |

## SOURCE REPORTING

**Date of Contact:** 12/20/2019

**List all present including yourself (do not include the CHS):**
SAs Brandon Brown, Matthew Smith, LSP Investigator Jason Gagliano

**Type of Contact:** In Person

  **Country:** UNITED STATES
  **City:** New Orleans
  **State:** Louisiana

**Date of Report:** 12/20/2019

**Substantive Case File Number**
▮▮▮▮▮▮▮▮

**GOVERNMENT EXHIBIT C**

| FD-1023 | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  OFFICIAL RECORD |
|---|---|---|

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
SEAN ALFORTISH (ALFORTISH) told CHS to be careful. That was the second time ALFORTISH told CHS to be careful recently.

CHS generally contacted one person in a group of participants prior to staging an accident. The day after the accident, CHS would meet with participants to go meet the appropriate Attorney.

CHS began working with MOTTA about two months after CHS began working with ALFORTISH. MOTTA did know accidents were staged from the start.

███████████ staged accidents for ALFORTISH through

RYAN HARRIS had a ███████ who was in a staged accident.

The Secretaries of Attorneys were often authorized to write checks on behalf of the Attorneys. One Secretary had a husband who was a police officer, but CHS could not remember which Secretary.

CHS provided damaged Galaxy Note 8, S/N ███████

**Synopsis:**
12/20/2019 CHS reporting on fraudulent accidents and provided damaged Galaxy Note 8, S/N ███████

---

**SIGNATURE**

| | | |
|---|---|---|
| Submitted By | mpsmith (SMITH, MATTHEW) | Tue, 14 Jan 2020 11:36:42 -06:00 |
| First Level Approved By | sdfessel (Fessel, Stephen) | Fri, 17 Jan 2020 14:50:15 -06:00 |

| FD-1023 | Page 2 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

US-072-00003345