FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry  09/14/2020

    CORNELIUS GARRISON (GARRISON) was interviewed at the United States Attorney's Office Eastern District of Louisiana located at 650 Poydras Street New Orleans, Louisiana 70130. Also present was GARRISON's attorney Claude Kelly and Assistant United States Attorneys Brian Klebba and Edward Riveria. After being advised of the identity of the interviewing Agents and the nature of the interview, GARRISON provided the following information:

    The participants for the staged Hotard Bus accident contacted GARRISON about staging the accident. GARRISON was the last person to get picked up before the Hotard Bus accident. GARRISON did not target the Hotard Bus specifically but was looking for any commercial vehicle to stage an accident. These commercial vehicle were included but not limited to 18 wheelers, buses, etc. GARRISON purposely collided with the Hotard Bus on its blind side.

    ████████ paid GARRISON $600 for the Hotard Bus accident. ████ received the $600 paid to GARRISON from the attorney who represented GARRISON at the beginning of his claim, ████████████ made the decision on which attorney the accident participants signed up with for representation. GARRISON did not know ██ before his accident.

    ████████ knew the accidents were staged, because ██ paid GARRISON directly. GARRISON knew ██ personally. ██ also knew the accident were staged because of ██████ involvement. ██ paid GARRISON $600 per passenger in staged 18 wheeler accidents, but GARRISON negotiated his fee to $1,000 per passenger. GARRISON told ██ about staged accidents after he completed the accidents.

    ██ took too long to progress GARRISON's case, so GARRISON fired ██ and signed up with SEAN ALFORTISH (ALFORTISH) and VANESSA MOTTA (MOTTA). GARRISON met ALFORTISH through ██████ and ████████████.

**GOVERNMENT EXHIBIT G**

| | | |
|---|---|---|
| Investigation on | 09/02/2020 at | New Orleans, Louisiana, United States (In Person) |
| File # | ████████████ | Date drafted  09/02/2020 |
| by | BROWN BRANDON PIERRE | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

#99072.1

IN 2015. GARRISON assumed he would be represented by ALFORTISH. GARRSION believed ALFORTISH was an attorney until someone told GARRISON ALFORTISH had lossed his law license.

GARRISON told ALFORTISH he collided with the Hotard Bus purposely. MOTTA took over his case approximately six to seven months after the Hotard Bus accident. GARRISON received advances from [redacted] and MOTTA. The attorneys instructed GARRISON to tell the participants to claim they were injured in the accident. GARRISON did not remember if he told the staged accident participants to lie and say they were injured in this accident.

[redacted] introduced GARRISON to attorney [redacted] at [redacted] office for a brief introduction. [redacted] paid for staged accidents with checks or cash, but [redacted] was the main point of contact. [redacted] paid $500 per passenger for staged 18 wheeler accidents. [redacted] fee was $100 out of the $500 paid. GARRISON received the reminder of the payment. GARRISON did not refer many staged accidents to [redacted]. [redacted] and [redacted] worked together as runners for different law firms.

GARRISON was paid approximately $192,000 from ALFORTISH's company [redacted]. GARRISON was shown approximately 50 check paid to GARRISON from [redacted]. The checks total approximately $192,000 in which GARRISON identified approximately $150,000 was paid to him for staging accidents and approximately $42,000 was paid to him in loans. The check are attached in a 1A package.

ALFORTISH told GARRISON if anything ever happened, GARRISON would say the payments from ALFORTISH were for construction work. ALFORTISH mentioned this statement to GARRISON on multiple occasions. In most instances, GARRISON set up accidents for ALFORTISH, but there were instance where ALFORTISH set up accidents for GARRISON to complete. GARRISON organized all of his staged accidents at night to elude being seen by witness either behind the wheel of the accident vehicle or fleeing from the scene.

GARRISON brought staged accidents to ALFORTISH, and ALFORTISH would divide the accidents between MOTTA and [redacted]. [redacted] knew the accidents GARRISON brought to ALFORTISH were staged.

GARRISON met [redacted] and JASON GILES (GILES) of the King Law Firm [redacted]. [redacted] and GILES were aware the accidents

#99072.2

Continuation of FD-302 of  (U) Interview of Cornelius Garrison  , On  09/02/2020  , Page  3 of 3

GARRISON brought them were staged. GARRISON believed ▇▇▇ and GILES dealt with ALFORTISH on a personal and professional level.

**#99072.3**