| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  OFFICIAL RECORD |
|---|---|---|

## HEADER

**Source ID:** ▮▮▮▮▮▮▮
**Date:** 02/20/2020
**Case Agent Name:** SMITH, MATTHEW P
**Field Office/Division:** New Orleans
**Squad:** Squad 4

## SOURCE REPORTING

**Date of Contact:** 02/03/2020

**List all present including yourself (do not include the CHS):**
SA Matthew Smith

**Type of Contact:** Telephonic

**Date of Report:** 02/03/2020

**Substantive Case File Number**
▮▮▮▮▮▮▮

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
On 2/3/2020 CHS was contacted via telephone by SEAN ALFORTISH. ALFORTISH said he read the letter of representation from CHS's Attorney and asked if CHS was represented by CHS's Attorney.

**Synopsis:**
On 2/3/2020 CHS was contacted by SEAN ALFORTISH who asked about CHS's Attorney.

## SIGNATURE

| Submitted By | mpsmith (SMITH, MATTHEW) | Thu, 20 Feb 2020 18:21:12 -06:00 |
|---|---|---|
| First Level Approved By | sdfessel (Fessel, Stephen) | Mon, 24 Feb 2020 12:49:52 -06:00 |

GOVERNMENT EXHIBIT
H

#7996.1