| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  Official Record |
|---|---|---|

## HEADER

**Source ID:** ▮▮▮▮▮▮▮
**Date:** 02/03/2020
**Case Agent Name:** SMITH, MATTHEW P
**Field Office/Division:** New Orleans
**Squad:** Squad 4

## SOURCE REPORTING

**Date of Contact:** 02/03/2020

**List all present including yourself (do not include the CHS):**
SA Orvin

**Type of Contact:** Telephonic

**Date of Report:** 02/03/2020

**Substantive Case File Number**
▮▮▮▮▮▮▮

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
CHS contacted SA Orvin, via telephone, to report SEAN ALFORTISH contacted CHS and wanted to meet tomorrow or the next day. CHS will advise when ALFORTISH re-contacts CHS to set a time and place. CHS learned ALFORTISH was aware CHS was represented by a defense counsel related to this criminal investigation. CHS felt he/she has been placed in a position where other will learn of CHS' cooperation. CHS was not sure who to trust.

**Synopsis:**
CHS was contacted by Sean Alfortish

## SIGNATURE

| Submitted By | RGORVIN (Orvin, Robert) | Mon, 3 Feb 2020 17:13:38 -06:00 |
| First Level Approved By | sdfessel (Fessel, Stephen) | Fri, 7 Feb 2020 11:02:49 -06:00 |

GOVERNMENT EXHIBIT
I

#8003.1