Government Exhibit O filed under seal.

