Government Exhibit Q filed under seal.

**GOVERNMENT EXHIBIT Q**