UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | **SECTION: "D"(1)** |
| **SEAN D. ALFORTISH,** *et al.* | * | |

\* \* \*

**GOVERNMENT'S MOTION TO CONTINUE
THE PRE-TRIAL CONFERENCE AND TRIAL**

**NOW COMES** the United States of America, through its undersigned attorneys, who respectfully moves this Honorable Court to continue the pre-trial conference and trial in this matter, for the reasons set forth in the accompanying memorandum in support.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY


/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                            /s/ *Matthew R. Payne*
                                            MATTHEW R. PAYNE
                                            Assistant United States Attorney