UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| **v.** | * | **SECTION: "D"(1)** |
| **SEAN D. ALFORTISH,** *et al.* | * | |

* * *

**O R D E R**

Considering the foregoing motion, the reasons set forth therein, and upon a finding that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, the Government's motion to continue trial is **GRANTED.**

The Court specifically finds, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) that the failure to grant the requested continuance would result in a miscarriage of justice based on the reasons given in the motion, and that additional time is necessary for effective preparation by counsel considering the nature of the charges.

**IT IS HEREBY ORDERED** that the trial presently set for March 17, 2025, be and is hereby continued to _____, 20____ at _____ a.m., and that the pre-trial conference presently set for February 28, 2025, be and is hereby continued to _____, 20____ at _____ a.m./p.m.

New Orleans, Louisiana this _____ day of _____, 2025.

_____
HONORABLE WENDY B. VITTER
UNITED STATES DISTRICT JUDGE
