UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| **v.** | * | **SECTION: "D"** |
| **SEAN D. ALFORTISH,** *et al.* | * | |
| | * * * | |

**NOTICE OF MANUAL ATTACHMENT**

Attachment 1:

Government's Motion to File Under Seal Government's Motion and Incorporated Memorandum in Support of its Motion for a Status Conference Concerning Local Criminal Rule 53.3(F) with Exhibits.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

*/s/ Matthew R. Payne*
MATTHEW R. PAYNE
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3081
E-Mail: matthew.payne@usdoj.gov