UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| **v.** | * | **SECTION: "D"(1)** |
| **SEAN D. ALFORTISH,** *et al.* | * | |

* * *

**GOVERNMENT'S MOTION TO CONTINUE
THE HEARING DATE FOR THE MOTION TO SEVER BY
DEFENDANTS JASON F. GILES AND THE KING FIRM, LLC**

**NOW COMES** the United States of America, through its undersigned attorneys, who respectfully moves this Honorable Court to continue the hearing date for the motion to sever filed on behalf of defendants Jason F. Giles and The King Firm, LLC (Rec. Doc. 216), for the reasons set forth in the accompanying memorandum in support.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
Assistant United States Attorney