**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| **v.** | * | **SECTION: "D"(1)** |
| **SEAN D. ALFORTISH,** *et al.* | * | |

\* \* \*

**MOTION TO EXPEDITE HEARING AND**
**INCORPORATED MEMORANDUM IN SUPPORT**

**NOW COMES** the United States of America, through its undersigned attorneys, who respectfully moves this Honorable Court to expedite the government's motion to continue the hearing date for the motion to sever filed on behalf of defendants Jason F. Giles and The King Firm, LLC. The government's motion is filed at Record Document 219.

The Court has instructed the parties that any motion to continue the hearing date on the motion to sever should be filed by the government by March 24, 2025, and that any opposition should be filed by March 26, 2025. The government understands that Giles and The King Firm will oppose this motion. Accordingly, per the Court's instructions, the hearing date should be expedited. The government understands that the Court will decide this matter on the briefs.

**WHEREFORE**, the United States of America respectfully requests that its motion to continue the hearing date for the motion to sever filed on behalf of defendants Jason F. Giles and The King Firm, LLC be expedited for hearing.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY
By 28 U.S.C. § 515


/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
Assistant United States Attorney