| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  OFFICIAL RECORD |
|---|---|---|

## HEADER

**Source ID:** ▮▮▮▮▮▮
**Date:** 01/14/2020
**Case Agent Name:** SMITH, MATTHEW P
**Field Office/Division:** New Orleans
**Squad:** Squad 4

## SOURCE REPORTING

**Date of Contact:** 01/09/2020

**List all present including yourself (do not include the CHS):**
SAs Brandon Brown, Robert Orvin, Matthew Smith, and LSP Investigator Jason Gagliano

**Type of Contact:** In Person

   **Country:** UNITED STATES
   **City:** New Orleans
   **State:** Louisiana

**Date of Report:** 01/09/2020

**Substantive Case File Number**
▮▮▮▮▮▮▮

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
CHS recently borrowed $600 and $500 from SEAN ALFORTISH (ALFORTISH). One of the times CHS met ALFORTISH at the race track the first week of January to pick up the money. CHS also met ALFORTISH ▮▮▮▮▮▮▮▮▮▮▮. ALFORTOSH again offered to compensate CHS if CHS took the fall for the staged accidents. ALFORTISH offered $500,000 with $100,000 of it up front.

ALFORTISH and VANESSA MOTTA (MOTTA) recently went to the Bahamas. Upon returning, ALFORTISH offered to move CHS to the Bahamas because of the heat from the investigation into the staged accidents, but CHS declined.

ALFORTISH did not want CHS to call MOTTA at all.

MOTTA was impressed with what CHS was able to do in the staged accidents and said she could hook CHS up with people in Los Angeles to do stunt driving, but CHS declined because CHS did not want to move to Los Angeles.

**GOVERNMENT EXHIBIT G**

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---|---|---|

ALFORTISH's main phone number was ▮▮▮▮▮▮▮. He also used ▮▮▮▮▮▮▮ but had blocked CHS on it for an unknown reason.

CHS opened checking accounts at ▮▮ and ▮▮ banks at the direction of ALFORTISH per previous reporting.

CHS believed people were staging accidents with tractor-trailers again and had recently seen three suspicious accidents. CHS believes there are other Slammers in the 9th Ward and Slidell.

CHS taught RYAN HARRIS (HARRIS) how to stage accidents. HARRIS was caught once in New Orleans East by a Louisiana State Police trooper who saw HARRIS and ▮▮▮▮▮▮▮ trying to stage an accident. ▮▮▮▮▮▮▮

CHS knew about the U-Haul accident and believed it was related to ▮▮▮▮▮

CHS knows the HARRIS family- there were about 25 to 30 of them. Many of the family participated in staged accidents. CHS facilitated a couple of accidents with the family, but no more. These accidents went to ALFORTISH.

CHS had not heard of women drugging truck drivers and then staging accidents with their trucks.

| FD-1023 | Page 2 of 3 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

US-072-00003347

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

███████████████ paid CHS for staged accidents in cash. ████████ ██████████████████ CHS worked with ██████ for six months to one year. CHS switched to working with ALFORTISH because he paid $1,000 per person whereas ████████ only paid $600.

CHS staged an accident with a female participant CHS knew as ████████ who lived in Mississippi. CHS saw ████ at the Wal-Mart in Gentilly in late 2019 and she asked if they could stage another accident.

████████████████ at the KING FIRM did not like to pay.

**Synopsis:**
1/9/2020 CHS reporting on fraudulent accidents

**SIGNATURE**

| | | |
|---|---|---|
| Submitted By | mpsmith (SMITH, MATTHEW) | Tue, 14 Jan 2020 11:12:34 -06:00 |
| First Level Approved By | sdfessel (Fessel, Stephen) | Fri, 17 Jan 2020 13:04:54 -06:00 |

| FD-1023 | Page 3 of 3 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

US-072-00003348