| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  Official Record |

### HEADER

| | |
|---|---|
| Source ID: | ▓▓▓▓▓ |
| Date: | 02/20/2020 |
| Case Agent Name: | SMITH, MATTHEW P |
| Field Office/Division: | New Orleans |
| Squad: | Squad 4 |

### SOURCE REPORTING

| | |
|---|---|
| Date of Contact: | 02/10/2020 |

**List all present including yourself (do not include the CHS):**
SA Matthew Smith

| | |
|---|---|
| Type of Contact: | Telephonic |
| Date of Report: | 02/10/2020 |

**Substantive Case File Number**
▓▓▓▓▓

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
SEAN ALFORTISH called CHS and asked CHS about VANESSA MOTTA meeting with CHS's Attorney. ALFORTISH wanted to know what MOTTA and CHS's Attorney talked about. ALFORTISH seemed concerned.

[redacted]

**Synopsis:**
[redacted]

### SIGNATURE

| | | |
|---|---|---|
| Submitted By | mpsmith (SMITH, MATTHEW) | Thu, 20 Feb 2020 18:56:21 -06:00 |
| First Level Approved By | sdfessel (Fessel, Stephen) | Mon, 24 Feb 2020 14:21:50 -06:00 |

**GOVERNMENT EXHIBIT L**