| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

### HEADER

**Source ID:** ▮▮▮▮▮
**Date:** 02/20/2020
**Case Agent Name:** SMITH, MATTHEW P
**Field Office/Division:** New Orleans
**Squad:** Squad 4

### SOURCE REPORTING

**Date of Contact:** 02/16/2020

**List all present including yourself (do not include the CHS):**
SA Matthew Smith

**Type of Contact:** Telephonic

**Date of Report:** 02/16/2020

**Substantive Case File Number**
▮▮▮▮▮

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
SEAN ALFORTISH called CHS via his 418 number. ALFORTISH asked if CHS needed anything, then VANESSA MOTTA got on the phone to talk about the deposition scheduled for 2/18/2020. MOTTA said she would not be able to talk to CHS at the deposition. MOTTA said not to worry about the deposition. CHS felt like ALFORTISH was up to something regarding the deposition.

CHS believed ALFORTISH cut off the 418 number after this call.

**Synopsis:**
On 2/16/2020 CHS reported on communications with SEAN ALFORTISH and VANESSA MOTTA.

### SIGNATURE

| | | |
|---|---|---|
| Submitted By | mpsmith (SMITH, MATTHEW) | Thu, 20 Feb 2020 19:24:13 -06:00 |
| First Level Approved By | sdfessel (Fessel, Stephen) | Mon, 24 Feb 2020 14:54:48 -06:00 |

**GOVERNMENT EXHIBIT M**