| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | Official Record |

## HEADER

**Source ID:** 
**Date:** 02/20/2020
**Case Agent Name:** SMITH, MATTHEW P
**Field Office/Division:** New Orleans
**Squad:** Squad 4

## SOURCE REPORTING

**Date of Contact:** 02/18/2020

**List all present including yourself (do not include the CHS):**
SA Matthew Smith

**Type of Contact:** Telephonic

**Date of Report:** 02/18/2020

**Substantive Case File Number**

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
SEAN ALFORTISH called CHS on 2/17/2020 and VANESSA MOTTA got on the phone. Regarding the deposition on 2/18/2020, MOTTA told CHS to think about what he said before he said it. She said after the deposition the defense counsel would stop harassing CHS.

**Synopsis:**
On 2/18/2020 CHS reported on contact with SEAN ALFORTISH and VANESSA MOTTA.

## SIGNATURE

| Submitted By | mpsmith (SMITH, MATTHEW) | Thu, 20 Feb 2020 19:11:18 -06:00 |
| First Level Approved By | sdfessel (Fessel, Stephen) | Mon, 24 Feb 2020 14:53:07 -06:00 |



GOVERNMENT EXHIBIT

N