| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  Official Record |
|---|---|---|

## HEADER

| | |
|---|---|
| **Source ID:** | ▮ |
| **Date:** | 02/27/2020 |
| **Case Agent Name:** | SMITH, MATTHEW P |
| **Field Office/Division:** | New Orleans |
| **Squad:** | Squad 4 |

## SOURCE REPORTING

| | |
|---|---|
| **Date of Contact:** | 02/21/2020 |
| **List all present including yourself (do not include the CHS):** | SA Matthew Smith, SA Brandon Brown |
| **Type of Contact:** | In Person |
| **Country:** | UNITED STATES |
| **City:** | New Orleans |
| **State:** | Louisiana |
| **Date of Report:** | 02/21/2020 |

**Substantive Case File Number**

▮

**GOVERNMENT EXHIBIT**

**O**

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
SEAN ALFORTISH called CHS on 2/19/2020. ALFORTISH told CHS things did not go well at the deposition and he originally wanted to call CHS on the same day as the deposition.

VANESSA called Claude Kelly while CHS was in Kelly's office after the deposition. MOTTA spoke to Kelly's secretary. MOTTA would not look at CHS during the deposition.

[redacted]

CHS was not sure if RYAN HARRIS was still facilitating accidents. HARRIS owned a body shop. CHS and HARRIS had a falling out after HARRIS got too greedy when they worked together to stage accidents. CHS and HARRIS staged two or three accidents with members of HARRIS's family. CHS staged the accident in which HARRIS was a plaintiff. They used HARRIS's gold Infiniti M35 and had two other participants. CHS was driving in the accident and [redacted] was acting as the spotter. HARRIS went on to stage accidents for other members of his family without CHS. HARRIS's cousins live in Bundy Apartments.

CHS confirmed the individual previously reported as [redacted] was the same person as [redacted]. [redacted] used heroin.

CHS knew [redacted] and advised [redacted] had a history. [redacted] sold heroin and associated with murderers.

[redacted]

**Synopsis:**
2/21/2020 CHS reporting on fraudulent accidents

---
**SIGNATURE**

| Submitted By | mpsmith (SMITH, MATTHEW) | Fri, 28 Feb 2020 17:24:10 -06:00 |
| First Level Approved By | sdfessel (Fessel, Stephen) | Fri, 28 Feb 2020 17:43:20 -06:00 |