UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 24-105 |
| SEAN ALFORTISH AND LEON PARKER, ET AL. | * | SECT. D (1) |

* * * * * * * * * * *

**EX PARTE, CONSENT MOTION TO CONTINUE POSSIBLE OPPOSITION DEADLINE FOR GOVERNMENT'S MOTION TO ADMIT STATEMENTS UNDER FORFEITURE BY WRONGDOING EXCEPTION, ECF DOC. 227, AND NOTICE OF CONTINUING OBJECTION TO PROPOSED SCHEDULING ORDER ON BEHALF OF DEFENDANTS LEON PARKER AND SEAN ALFORTISH**

NOW COME Defendants, Leon Parker and Sean Alfortish, through their respective undersigned counsel, and out of an abundance of caution, hereby file this Ex Parte, Consent Motion to Continue the possible deadline for filing an Opposition to the Government's *Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception*, ECF Doc. 227. Mr. Parker and Mr. Alfortish also note their continuing objection to the Proposed Scheduling Order, ECF Doc. 225, as set forth therein and in Mr. Parker's pleading at ECF Doc. 223. In further support of this Motion, Mr. Parker and Mr. Alfortish show as follows:

1.

On March 27, 2025, the Government filed a Proposed Scheduling Order based on the current trial date of September 8, 2025. *See* ECF Doc. 225. As noted in that document, Mr. Alfortish and Mr. Parker object to the proposed schedule based on their position that a September 8th trial date is unrealistic given the volume of discovery that has been produced, which now totals **almost 2.5 million pages** of materials; the fact that the Government has not yet filed a superseding indictment charging Alfortish and Parker with the murder, which results in continuing uncertainty about whether this case could involve capital charges; and the need for

substantial additional time to conduct an independent investigation of the facts and law to provide these defendants with a constitutionally adequate defense. These objections are set forth in more detail in the motion filed by Mr. Parker at ECF Doc. 223.

2.

The Court has not yet signed the Proposed Scheduling Order filed at ECF Doc. 225.

3.

On March 31, 2025, the Government filed its *Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception*, ECF Doc. 227. The Notice of Hearing that accompanies that Motion sets a hearing date for the Motion on May 6, 2025. ECF Doc. 227-3.

4.

The Proposed Scheduling Order states that defense Oppositions to the Government's *Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception* would be due April 14, 2025.

5.

Because the Proposed Scheduling Order has not been signed by the Court, the Defendants believe the current due date for any Opposition to the Government's Motion is eight days prior to the scheduled hearing date, per the Court's local rules, ie. April 28, 2025. However, out of an abundance of caution, Mr. Parker and Mr. Alfortish file this Motion to Continue the due date stated in the Proposed Scheduling Order for their Oppositions. That is, to the extent the due date may be April 14th, Mr. Parker and Mr. Alfortish request that said date be continued at least until April 28, 2025. However, Mr. Parker and Mr. Alfortish advise the Court that they will likely seek to extend that date as well, for the reasons stated in Paragraph 1 above.

6.

In addition, counsel for Mr. Alfortish notes that he is currently in another murder trial that has been proceeding in Section H of this Court since March 31, 2025, under EDLA case #19-cr-204. He has been unable to work on his Opposition to the Government's Motion because of his obligations in that case.

7.

Counsel for the Government, AUSA Matthew Payne, states that he has no objection to the relief requested in this Motion, that is, to the extent there is currently a deadline of April 14, 2025, for Mr. Parker and Mr. Alfortish to file their Oppositions to the Government's Motion, the Government does not oppose the deadline being continued to April 28, 2025.

Respectfully submitted:

/s/ Stephen J. Haedicke
**STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
Law Office of Stephen J. Haedicke, LLC
1040 Saint Ferdinand St.
New Orleans, LA 70117
(504)291-6990 Telephone
(504)291-6998 Fax
Stephen@haedickelaw.com

Counsel for Leon Parker

/s/ Shaun G. Clarke
Murphy Ball Stratton LLP
1001 Fannin Street, Suite 720
Houston, TX 77002
713-858-1657
Email: sclarke@mbssmartlaw.com

Counsel for Sean Alfortish

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 9, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Stephen J. Haedicke