UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| RYAN HARRIS, ET AL. | SECTION: D (1) |
| | This Order pertains to: LEON PARKER AND SEAN ALFORTISH |

**ORDER**

Considering the Ex Parte, Consent Motion to Continue Possible Opposition Deadline for Government's Motion to Admit Statements Under Forfeiture by Wrongdoing Exception, ECF Doc. 227, and Notice of Continuing Objection to Proposed Scheduling Order on Behalf of Defendants Leon Parker and Sean Alfortish (R. Doc. 234);

**IT IS HEREBY ORDERED** that the Motion is **DENIED as moot**.[1]

New Orleans, Louisiana, April 10, 2025.

_____
**WENDY B. VITTER**
**United States District Judge**

---

[1] As defendants, Leon Parker and Sean Alfortish, recognize in their Motion, the Court has not adopted or signed the Proposed Scheduling Order (R. Doc. 225). To be clear, the deadline for any party to file an opposition to the Government's Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception (R. Doc. 227) is April 28, 2025.