UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 24-105 |
| SEAN ALFORTISH AND LEON PARKER, ET AL. | * | SECT. D (1) |

\* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO CONTINUE HEARING DATE FOR GOVERNMENT'S MOTION TO ADMIT STATEMENTS UNDER FORFEITURE BY WRONGDOING EXCEPTION, ECF DOC. 227

NOW COME Defendants, Leon Parker and Sean Alfortish, through their respective undersigned counsel, and file this Motion to Continue the hearing date for the Government's *Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception*, ECF Doc. 227. As shown more fully in the Memorandum in Support of this Motion, Mr. Parker and Mr. Alfortish submit that the hearing date should be continued because the Government has not completed production of discovery under Rule 16, and the Defendants should not be required to oppose the Government's fact-intensive Motion until such discovery is complete and they have had a reasonable time to analyze it. Furthermore, the Government does not oppose this Motion to continue the hearing date until at least May 20, 2025.

For these reasons and the others shown in the Memorandum in Support of this Motion, Mr. Parker and Mr. Alfortish request that the Court continue the hearing date for the Government's Motion to Admit Statements, ECF Doc. 227, at least until May 20, 2025.

1

Respectfully submitted:

/s/ Stephen J. Haedicke
**STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
Law Office of Stephen J. Haedicke, LLC
1040 Saint Ferdinand St.
New Orleans, LA 70117
(504)291-6990 Telephone
(504)291-6998 Fax
Stephen@haedickelaw.com

**Counsel for Leon Parker**

/s/ Shaun G. Clarke
Murphy Ball Stratton LLP
1001 Fannin Street, Suite 720
Houston, TX 77002
713-858-1657
Email: sclarke@mbssmartlaw.com

**Counsel for Sean Alfortish**

## CERTIFICATE OF SERVICE

    I hereby certify that on April 23, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Stephen J. Haedicke