**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 24-105** |
| **SEAN D. ALFORTISH**<br>**VANESSA MOTTA** | **SECTION: "D"** |
| **MOTTA LAW, LLC**<br>**JASON F. GILES**<br>**KING FIRM, LLC**<br>**LEON M. PARKER**<br>**DIAMINIKE F. STALBERT**<br>**CARL G. MORGAN**<br>**TIMARA N. LAWRENCE** | **VIOLATIONS: 18:1349, 18:1503(a);**<br>**18:1512(b)(1); 18:1341; 18:1001(a)(2);**<br>**and 18:2,** |

NOTICE OF **ARRAIGNMENT**

Take Notice that this criminal case has been set for an **ARRAIGNMENT** on **MAY 14, 2025, at 2:00**

**p.m.** before Magistrate Judge Donna Phillips Currault, Hale Boggs Building, 500 Poydras Street,

Courtroom B-421, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  April 28, 2025

TO: **SEAN ALFORTISH- (CUSTODY)**

**Counsel for Defendant- Sean Alfortish**
Shaun Clark, Esq.- sclarke@mbssmartlaw.com

**VANESSA MOTTA- (BOND)**

**Counsel for Defendant- Vanessa Motta:**
Sean Toomey, Esq.- stoomey@liskow.com

**MOTTA LAW, LLC-**

**Counsel for Defendant, Motta Law, LLC**
Sean Toomey, Esq. stoomey@liskow.com

**JASON GILES  (BOND)**

**Counsel for Defendant- Jason Giles**
David Courcelle, Esq.-
dcourcelle@courcellelaw.com
**Scott Stansbury, Esq.-**

CAROL L. MICHEL, CLERK
by:  Melissa Verdun, Deputy Clerk

AUSA: Matthew Payne, Brian Klebba, Jeffrey McLaren and Mary Kaufman

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

Interpreter: **none**

**FBI- Special Agent Michael Heimbach**

sstansbury@courcellelaw.com

**KING FIRM, LLC-**

**Counsel for Defendant- King Firm, LLC**
David Courcelle, Esq. –
dcourcelle@courcellelaw.com
Scott Stansbury, Esq. –
sstansbury@courcellelaw.com


**LEON PARKER (CUSTODY)**

**Counsel for Defendant- Leon Parker**
Stephen Haedicke, Esq.- stephen@haedickelaw.com

**DIAMINIKE STALBERT (BOND)**

**Counsel for Defendant- Diaminike Stalbert**
Hester Hilliard, Esq. –
hilliardlawfirm@outlook.com

**CARL MORGAN (BOND)**

**Counsel for Defendant- Carl Morgan**
Michael Raspanti, Esq.- mgraspanti013@gmail.com


**TIMARA LAWRENCE (BOND)**

**Counsel for Defendant- Timara Lawrence**
Rachel Yazbeck, Esq.- rmyazbeck@gmail.com


**If you change address,
notify clerk of court
by phone, 504-589-7708**