UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| **v.** | * | **SECTION: "D" (1)** |
| **SEAN D. ALFORTISH** | * | |
| | * * * | |

**UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT**

Defendant Sean D. Alfortish respectfully moves to continue his arraignment on the Second Superseding Indictment from May 14, 2025 to May 28, 2025 or thereafter. Assistant United States Attorney Matthew Payne has stated that the Government does not object to this Motion. Mr. Alfortish is in custody and we move this Court to continue the arraignment to May 28, 2025 or thereafter.

Respectfully submitted,

/s/ Shaun G. Clarke
Shaun G. Clarke (La. Bar No. 24054)
**MURPHY BALL STRATTON LLP**
650 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone: (504) 977-1110
sclarke@mbssmartlaw.com

**COUNSEL FOR DEFENDANT,
SEAN D. ALFORTISH**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically on May 7, 2025, upon all attorneys of record via the Court's CM/ECF system.

/s/ Shaun G. Clarke