UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | SECTION: "D" (1) |
| **SEAN D. ALFORTISH** | * | |

\* \* \*

## ORDER

Defendant's unopposed motion to continue his arraignment is GRANTED. The arraignment will be held on May 28, 2025 at 2:00 p.m. before Magistrate Judge Karen Wells Roby.

New Orleans, Louisiana, this 8th day of May 2025.

_____
U.S. MAGISTRATE JUDGE