UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| RYAN HARRIS, ET AL. | SECTION: D (1)<br>**This Order applies to all defendants except for Ryan Harris and Jovanna Gardner** |

### ORDER

**IT IS HEREBY ORDERED** that a telephone conference is hereby set for the 5th day of June, 2025, at 1:00 p.m. with the Case Manager to select a hearing date for the Government's Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception (R. Doc. 227). Please see attached Telephone Conference Notice for dial-in information.

New Orleans, Louisiana, May 28, 2025.

*[signature]*
**WENDY B. VITTER**
**United States District Judge**