UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| SEAN D. ALFORTISH<br>VANESSA MOTTA<br>MOTTA LAW, LLC<br>JASON F. GILES<br>KING FIRM, LLC<br>LEON M. PARKER<br>DIAMINIKE F. STALBERT<br>CARL G. MORGAN<br>TIMARA N. LAWRENCE | SECTION "D" |

## ORDER

**IT IS HEREBY ORDERED** that the Government's MOTION to Admit Statements Under the Forfeiture by Wrongdoing Exception (Rec. Doc. 227) is set for **Oral Argument** on Tuesday, July 15, 2025 at 9:00 a.m.

New Orleans, Louisiana this __17th__ day of June 2025.

_____
**WENDY B. VITTER**
United States District Judge