**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  24-105** |
| **v.** | * | **SECTION:  "D"(1)** |
| **RYAN J. HARRIS, ET AL.** | * | |
| | * * * | |

**MOTION FOR LEAVE TO FILE UNDER SEAL GOVERNMENT'S UNREDACTED**
**REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO ADMIT STATEMENTS**
**UNDER THE FORFEITURE BY WRONGDOING EXCEPTION**

   **NOW INTO COURT** comes the United States of America, through the undersigned

attorneys, which moves for leave to file under seal the accompanying unredacted copy of the

Government's Reply Memorandum in Support of its Motion to Admit Statements Under the

Forfeiture by Wrongdoing Exception. The information redacted from the public copy relates to

witness information, and the government submits that the unredacted version be filed under seal

in an abundance of caution.

                              Respectfully submitted,

                              MICHAEL M. SIMPSON
                              ACTING UNITED STATES ATTORNEY


                              /s/ *Matthew R. Payne*
                              MATTHEW R. PAYNE
                              BRIAN M. KLEBBA
                              MARY KATHERINE KAUFMAN
                              Assistant United States Attorneys
                              J. RYAN McLAREN
                              Trial Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2025, I electronically filed the foregoing with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
Assistant United States Attorney