MINUTE ENTRY
VITTER, J.
AUGUST 12, 2025
JS10, 0:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| RYAN HARRIS, ET AL. | SECTION: D (1) |
| | **This Report and Order applies to Sean Alfortish and Leon Parker with respect to counts 9-13 of the Second Superseding Indictment** |

### TELEPHONE STATUS CONFERENCE REPORT and ORDER

On August 12, 2025, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Matthew R. Payne, Brian M. Klebba, Jeffrey R. McLaren, Mary Katherine Kaufman**
Counsel for the Government

**Shaun G. Clarke**
Counsel for Defendant, Sean D. Alfortish

**Stephen J. Haedicke**
Counsel for Defendant, Leon M. Parker

During the conference, the Court set a new trial date for counts nine through thirteen of the second superseding indictment (R. Doc. 256), pursuant to the Court's July 31, 2025 Telephone Status Conference Report and Order, wherein the Court

granted the trial continuance requested by Parker and Alfortish after finding that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweighed the best interest of the public and the defendants in a speedy trial. (R. Doc. 368). In consultation with counsel, the Court issued an **oral Order SETTING** the jury trial for **Monday, August 10, 2026 at 9:00 a.m.,** and **SETTING** the Pretrial Conference for **Wednesday, July 15, 2026 at 9:00 a.m.** The Court also issued an **oral Order** for the parties to confer and file a joint, proposed scheduling order with new pretrial deadlines into the record by **Friday, August 29, 2025.**

Accordingly,

**IT IS HEREBY ORDERED** that the jury trial on counts nine through thirteen of the second superseding indictment is scheduled for **Monday, August 10, 2026 at 9:00 a.m.,** and the Pretrial Conference is scheduled for **Wednesday, July 15, 2026 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the parties shall confer and prepare a joint, proposed scheduling order based upon the August 10, 2026 trial date and file it into the record by **August 29, 2025.**

New Orleans, Louisiana, August 13, 2025.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**