**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 24-105** |
| **SEAN D. ALFORTISH**<br>**LEON M. PARKER**<br>(with respect to counts 9-13 of the<br>Second Superseding Indictment) | **SECTION: "D"**<br><br>**VIOLATIONS: 18:1349, 18:1503(a);**<br>**18:1512(b)(1); 18:1341; 18:1001(a)(2);**<br>**and 18:2,** |

**NOTICE OF TRIAL AND PRETRIAL CONFERENCE**

Take notice that this criminal case has been **set** for **TRIAL** on **AUGUST 10, 2026, at 9:00 a.m.** before

Judge Wendy B. Vitter, 500 Poydras Street, Courtroom C-352, New Orleans, LA 70130.   A FINAL

PRETRIAL CONFERENCE will be held on **July 15, 2026, at 9:00 a.m.**

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:  August 13, 2025 | CAROL L. MICHEL, CLERK<br>by:  Melissa Verdun, Deputy Clerk |
| TO: **SEAN ALFORTISH- (CUSTODY)** | |
| | AUSA: Matthew Payne, Brian Klebba, Jeffrey McLaren and Mary Kaufman |
| **Counsel for Defendant- Sean Alfortish**<br>Shaun Clarke, Esq.- sclarke@mbssmartlaw.com | |
| | U.S. Marshal |
| **LEON PARKER (CUSTODY)** | U.S. Probation & Pre-Trial Services Unit |
| **Counsel for Defendant- Leon Parker**<br>Stephen Haedicke, Esq.- stephen@haedickelaw.com | Interpreter: **none** |
| | **FBI- Special Agent Michael Heimbach** |

**If you change address,**
**notify clerk of court**
**by phone, 504-589-7708**