UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| RYAN J. HARRIS, ET AL. | SECTION: D (1)<br>**This Order applies to Counts 1-8 of the Second Superseding Indictment** |

### ORDER

Considering the unopposed Motion to Extend Filing Deadline for Joint Proposed Scheduling Order, filed by the United States of America (R. Doc. 380);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The deadline for the parties to confer and file a joint, proposed scheduling order for the trial on counts one through eight of the second superseding indictment (R. Doc. 256) is **CONTINUED** until **August 21, 2025**.

New Orleans, Louisiana, August 14, 2025.

*[signature: Wendy B Vitter]*

**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**