# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| **v.** | * | **SECTION: "D"(1)** |
| **RYAN J. HARRIS**, *et al.* | * | |
| | * * * | |

## GOVERNMENT'S MOTION FOR RULE 15 DEPOSITION

**NOW COMES** the United States of America, through its undersigned attorneys, who respectfully move this Honorable Court to conduct a deposition pursuant to Rule 15 of the Federal Rules of Criminal Procedure, for the reasons set forth in the accompanying memorandum in support.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

2

## CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      /s/ *Matthew R. Payne*
      MATTHEW R. PAYNE
      Assistant United States Attorney