UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | **SECTION: "D"(1)** |
| **RYAN J. HARRIS**, *et al.* | * | |
| | * * * | |

**O R D E R**

Considering the Government's Motion for Rule 15 Deposition, accordingly,

**IT IS ORDERED** that the government's motion is **GRANTED.** The deposition of the witness named in the government's motion shall be held on the _____ day of _____, 2025, at _____ a.m./p.m.

New Orleans, Louisiana this _____ day of _____, 2025.

_____
HONORABLE WENDY B. VITTER
CHIEF UNITED STATES DISTRICT JUDGE