UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  24-105** |
| **v.** | * | **SECTION:  "D"(1)** |
| **RYAN J. HARRIS,** *et al.* | * | |

\* \* \*

<u>**NOTICE OF HEARING**</u>

**PLEASE TAKE NOTICE** that the undersigned will bring the Government's Motion for Rule 15 Deposition before the Honorable Wendy B. Vitter, Chief United States District Judge, on the **30th day of September, 2025, at 1:30 p.m.**

    Respectfully submitted,

    MICHAEL M. SIMPSON
    ACTING UNITED STATES ATTORNEY

    <u>/s/ *Matthew R. Payne*</u>
    MATTHEW R. PAYNE
    BRIAN M. KLEBBA
    MARY KATHERINE KAUFMAN
    Assistant United States Attorneys
    J. RYAN McLAREN
    Trial Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              /s/ *Matthew R. Payne*
                                              MATTHEW R. PAYNE
                                              Assistant United States Attorney