UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | SECTION: "D"(1) |
| **RYAN J. HARRIS,** *et al.* | * | |
| | * * * | |

**MOTION FOR LEAVE TO FILE
UNDER SEAL GOVERNMENT'S MEMORANDUM
IN SUPPORT OF ITS MOTION FOR RULE 15 DEPOSITION**

**NOW INTO COURT** comes the United States of America, through the undersigned attorneys, move for leave to file the accompanying Government's Memorandum in Support of Its Motion for Rule 15 Deposition under seal. The memorandum discusses a witness's health and medical history at length, and it explains why these medical issues merit a Rule 15 deposition. To avoid publication of an individual's medical history, the government requests that the Court seal the government's memorandum and the exhibits accompanying the memorandum.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              */s/ Matthew R. Payne*
                                              MATTHEW R. PAYNE
                                              Assistant United States Attorney