UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-105 |
| v. | * | SECTION: "D" (1) |
| SEAN D. ALFORTISH | * | |

**<u>DEFENDANT'S SEAN ALFORTISH'S UNOPPOSED MOTION AND MEMORANDUM FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>**

Defendant Sean D. Alfortish respectfully moves this Court pursuant to the All Writs Act, 28 U.S.C. § 1651, and 28 U.S.C. § 2241(c)(5) to issue a writ to the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) to produce an individual in its custody to testify on September 18, 2025 at 10:30 a.m. at the United States Courthouse in New Orleans, LA [1]

**I.**

For reasons stated in prior pleadings, it is necessary that a witness who is in the custody of ICE be produced to testify on September 18, 2025, at 10:30 a.m. at the United States Courthouse, 500 Poydras Street, New Orleans, LA

**II.**

Undersigned counsel is informed and believes that ICE is holding the witness at either the St. Charles Parish Nelson Coleman Correctional Center, or at the Central Louisiana ICE Processing Center, 830 Pinehill Road, Jena, LA.

**III.**

The All Writs Act provides that federal courts "may issue all writs necessary or appropriate in aid of their respective jurisdictions." 28 U.S.C. § 1651(a). Likewise, 28 U.S.C. §

---

1 This motion is filed after hours and thus cannot be filed under seal. The witness is not referred to by name in this pleading and the name is redacted from the proposed Order filed herewtih. A copy of the proposed Order with the witness's name included is being submitted to efile-vitter@laed.uscourts.gov and served upon counsel for the witness and all counsel of record in this matter.

2241(c)(5) expressly grants this Court discretion to issue a writ of habeas corpus to produce an individual where "[i]t is necessary to bring him into court to testify or for trial." *Ballard v. Spradley,* 557 F.2d 476 (5th Cir. 1977); *United States v. Hathcock,* 441 F.2d 197 (5th Cir. 1971).

**IV.**

Upon completion and preservation of the witness's testimony on September 18, 2025, ICE will have fully complied with this Order and it will not be necessary to produce him again to appear before this Court.

**V.**

WHEREFORE, Defendant respectfully requests that this Court issue an Order directing ICE to produce the witness to testify at the United States Courthouse, 500 Poydras Street, New Orleans, LA on September 18, 2025, at 10:30 a.m.

Respectfully submitted,

*s/Shaun G. Clarke*
Shaun G. Clarke (La. Bar No. 24054)
**MURPHY BALL STRATTON LLP**
650 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone: (713) 858-1657 (cell)
sclarke@mbssmartlaw.com

**COUNSEL FOR DEFENDANT,
SEAN D. ALFORTISH**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served on counsel for the Government, the witness, and the defendants on September 16, 2025.

/s/ Shaun Clarke