## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 24-105** |
| **RYAN HARRIS, ET AL.** | **SECTION: D (1)**<br>**This Order applies to all defendants named in counts 1-8 of the Second Superseding Indictment** |

## <u>ORDER</u>

Considering the Government's Motion for Leave to File Under Seal Government's Reply In Support of its Motion for Rule 15 Deposition (R. Doc. 432);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The Clerk of Court for the Eastern District of Louisiana shall **SEAL** the Government's Reply In Support of Its Motion for Rule 15 Deposition, except for copies that will be provided to counsel for the defendants, Sean D. Alfortish, Vanessa Motta, Motta Law, LLC, Jason F. Giles, The King Firm, LLC, Leon M. Parker, Diaminike F. Stalbert, Carl G. Morgan, and Timara N. Lawrence, and to the U.S. Attorney's Office.

**IT IS FURTHER ORDERED** that the foregoing document shall remain sealed only until the Pretrial Conference scheduled for February 11, 2026. At the conference, the Court will discuss with counsel whether sealing the entirety of the document complies with this Court's Local Rules and Fifth Circuit precedent[1] or,

---

[1] *United States v. Ahsani*, 76 F.4th 441 (5th Cir. 2023).

alternatively, whether redaction of certain parts of the document is more appropriate than wholesale sealing of the document.

New Orleans, Louisiana, October 10, 2025.

**WENDY B. VITTER**
**United States District Judge**