MINUTE ENTRY
VITTER, J.
NOVEMBER 20, 2025
JS10: 1:18

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 24-105** |
| **SEAN D. ALFORTISH**<br>**VANESSA MOTTA**<br>**MOTTA LAW, LLC**<br>**JASON F. GILES**<br>**KING FIRM, LLC**<br>**LEON M. PARKER**<br>**CARL G. MORGAN**<br>**TIMARA N. LAWRENCE** | **SECTION "D"** |

**MOTION HEARING**

Courtroom Deputy:   Lanie Bryant/Bridget Gregory
Court Reporter:     Sammantha Morgan
Law Clerk:          Richard Bordelon

APPEARANCES:   Brian Klebba, Matthew Payne, and Mary Katherine Kaufman, Asst. U. S. Attorneys
Shaun Clarke, Counsel for Defendant, Sean Alfortish
Sean Toomey, Counsel for Defendant, Vanessa Motta and Motta Law Firm
Lynda Van Davis-Greenstone, Counsel for Defendant, Jason Giles
Richard Terrell Simmons, III, Counsel for Defendant, King Firm, LLC
M. Richard Schroeder, Counsel for Defendant, Leon M. Parker
Michael Raspanti, Counsel for Carl Morgan
Rachel Marie Yazbeck, Counsel for Defendant, Timara N. Lawrence
Vanessa Motta, Defendant

Court begins at 9:00 a.m.
Case called; all present and ready.

CR 24-105 "D"
Page 2- Motion Hearing Minutes
November 20, 2025

This matter was set for oral argument and hearing today. The Court gives background regarding the pending Motion for Rule 15 Deposition rec. doc. 407, as well as the Motion to Limit Scope of Evidentiary Hearing Concerning Forfeiture by Wrongdoing, rec. doc. 446.
Government argues their Motion for Rule 15 Deposition, rec. doc. 407, as well as the Motion to Limit Scope of Evidentiary Hearing Concerning Forfeiture by Wrongdoing, rec. doc. 446.
Defense Counsel for Defendant King Firm, LLC argues its opposition to the Governments Motion for Rule 15 Deposition, rec. doc. 407.
Defense Counsel for Defendant Jason Giles argues its opposition to the Governments Motion for Rule 15 Deposition, rec. doc. 407.
Defense Counsel for Defendants Vanessa Motta and Motta Law Firm argues its opposition to the Governments Motion for Rule 15 Deposition, rec. doc. 407.
Defense Counsel for Sean Alfortish argues its opposition to the Governments Motion for Rule 15 Deposition, rec. doc. 407.
Government's rebuttal.
Government argues their Motion to Limit Scope o Evidentiary Hearing Concerning Forfeiture by Wrongdoing, rec. doc. 446.
Defense Counsel for Defendant Jason Giles argues its opposition to the Governments Motion to Limit Scope of Evidentiary Hearing Concerning Forfeiture by Wrongdoing, rec. doc. 446.
Defense Counsel for Defendant King Firm, LLC argues its opposition to the Governments Motion to Limit Scope of Evidentiary Hearing Concerning Forfeiture by Wrongdoing, rec. doc. 446.
Government's rebuttal.
Defense Counsel for Defendant Carl Morgan argues its opposition to the Governments Motion to Limit Scope of Evidentiary Hearing Concerning Forfeiture by Wrongdoing, rec. doc. 446.
The Hearing on December 5, 2025 will be only for Mr. Garrison's statements made as stated by AUSA Matthew Payne. The only statements that are part of the hearing are under the Forfeiture of Wrongdoing.
Government's Motion for Rule 15 Depositions, rec. doc. 407, as well as the Motion to Limit Scope of Evidentiary Hearing Concerning Forfeiture by Wrongdoing, rec. doc. 446 are taken under advisement.
Court adjourned at 10:18 a.m.

*WBV*