UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | **SECTION: "D"** |
| **SEAN D. ALFORTISH** | * | **HON. WENDY B. VITTER** |

*   *   *

**DEFENDANT SEAN ALFORTISH'S OPPOSITION TO GOVERNMENT'S MOTION TO NULLIFY HIS CONFRONTATION RIGHTS AND ADMIT STATEMENTS UNDER THE FORFEITURE BY WRONGDOING DOCTRINE**

Sean Alfortish formally opposes the Government's motion to admit the statements of Cornelius Garrison at trial. Dkt. 227. The parties have briefed this issue at length and the Court is well-versed in the applicable law. *See* Dkt. 227, 262, 340, 292, 346, 350 (under seal). Mr. Alfortish will present his factual arguments at the conclusion of the December 5, 2025 evidentiary hearing, as well as in any post-hearing briefing this Court may allow. In addition, Mr. Alfortish briefly emphasizes the following additional points.

The Court's ruling on this Motion will be the most significant evidentiary ruling it makes in Mr. Alfortish's trials. He faces a life sentence if convicted. The Sixth Amendment right to confrontation and cross-examination is a fundamental element of due process. The Government's attempt to extinguish it here is not satisfied by routine criminal law standards like "reasonable suspicion" or "probable cause." Rather, the Government's burden is to present evidence that would warrant this Court rendering a verdict in favor of a plaintiff in a civil wrongful death case. This Court will have to find Ryan Harris so believable that it deems his testimony sufficient to prove a case at trial. Mr. Harris's testimony is not worthy of such belief.

Mr. Alfortish joins Defendant Leon Parker in objecting to the use of a "preponderance of the evidence" standard here. This Court is bound by Fifth Circuit precedent. Nevertheless,

Alfortish preserves this objection. Likewise, Alfortish objects to the application of the imputation theory, which has been thoroughly briefed by Defendants Parker and Vanessa Motta.

Respectfully submitted,

**MURPHY BALL STRATTON LLP**

*s/Shaun G. Clarke*
Shaun G. Clarke (La. Bar No. 24054)
650 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Cell: (713) 858-1657
sclarke@mbssmartlaw.com

**COUNSEL FOR SEAN ALFORTISH**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on November 25, 2025, upon all attorneys of record in this case by filing in the Court's CM/ECF system.

/s/ Shaun G. Clarke