UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | SECTION: "D"(1) |
| **RYAN J. HARRIS,** *et al.* | * | (Counts 1 through 13) |
| | * * * | |

**MOTION FOR LEAVE TO FILE UNDER SEAL**
**GOVERNMENT'S EXHIBITS**

**NOW INTO COURT** comes the United States of America, through the undersigned attorneys, and moves for leave to file the government's exhibits admitted by the Court during the hearing to admit statements pursuant to the forfeiture by wrongdoing exception held on December 5, 2025. The exhibits include personal identifying information, such as dates of birth and bank account information. The exhibits also include information concerning witnesses and individuals who are not charged or implicated in this case, such as names and contact information. In an abundance of caution, the government requests that these exhibits be filed in the record under seal. The government has contacted counsel for the pending defendants, and there is no objection to this motion.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2025, I electronically filed the foregoing with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        */s/ Matthew R. Payne*
                                        MATTHEW R. PAYNE
                                        Assistant United States Attorney