MINUTE ENTRY
VITTER, J.
DECEMBER 5, 2025
JS10: 5:53

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 24-105** |
| **SEAN D. ALFORTISH**<br>**VANESSA MOTTA**<br>**MOTTA LAW, LLC**<br>**JASON F. GILES**<br>**KING FIRM, LLC**<br>**LEON M. PARKER**<br>**DIAMINIKE STALBERT**<br>**CARL G. MORGAN**<br>**TIMARA N. LAWRENCE** | **SECTION "D"** |

## **MOTION HEARING**

| | |
|---|---|
| Courtroom Deputy: | Lanie Bryant/Morgan Palmer |
| Court Reporter: | Toni Tusa |
| Law Clerk: | Richard Bordelon |

APPEARANCES:   Brian Klebba, Matthew Payne, Jeffrey McLaren and Mary Katherine Kaufman, Asst. U. S. Attorneys
Shaun Clarke, Counsel for Defendant, Sean Alfortish
Sean Toomey, Counsel for Defendant, Vanessa Motta and Motta Law Firm
Lynda Van Davis-Greenstone, Counsel for Defendant, Jason Giles
Richard Terrell Simmons, III, Counsel for Defendant, King Firm, LLC
Stephen J. Haedike and M. Richard Schroeder, Counsel for Defendant, Leon M. Parker
Hester Hilliard, Counsel for Defendant Diaminike Stalbert
Michael Raspanti, Counsel for Carl Morgan
Rachel Marie Yazbeck, Counsel for Defendant, Timara N. Lawrence
Sean Alfortish, Vanessa Motta and Leon Parker, Defendants

1

Court begins at 9:00 a.m.

Case called; all present and ready.

This matter was set for oral argument and hearing today. The Court gives background regarding pending Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception. Rec. doc. 227.

Defense Counsel for Defendants Vanessa Motta and Motta Law Firm gives background regarding their pending Motion to Exclude Certain Exhibits from Evidentiary Hearing or, in Alternative, to Continue Evidentiary Hearing. Rec. doc. 492.

Defense Counsel for Defendant Leon Parker gives background regarding their pending Motion to Exclude Evidence, or in the Alternative, to Continue Evidentiary Hearing on Forfeiture by Wrongdoing. Rec. doc. 495.

Defense Counsel for Sean Alfortish gives background regarding their pending Motion to Exclude Evidence, or in the Alternative, to Continue Evidentiary Hearing on Forfeiture by Wrongdoing. Rec. doc. 495.

Government argues its opposition to the Motion to Exclude Certain Exhibits from Evidentiary Hearing or, in Alternative, to Continue Evidentiary Hearing, Rec. doc. 492, and Motion to Exclude Evidence, or in the Alternative, to Continue Evidentiary Hearing on Forfeiture by Wrongdoing, Rec. doc. 495.

The Court **DENIES** Defendants' Motion to Exclude Certain Exhibits from Evidentiary Hearing or, in Alternative, to Continue Evidentiary Hearing, Rec. doc. 492, and Motion to Exclude Evidence, or in the Alternative, to Continue Evidentiary Hearing on Forfeiture by Wrongdoing, Rec. doc. 495, for reasons as stated on the record.

Government presents evidence to support its Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception, Rec. doc. 227.

Government calls witness, Michael Heimbach – sworn and testified. **Court advises that all exhibits introduced during this hearing are introduced for purposes of this hearing only.**

Government offers and introduces Exhibit 88 – Text messages of Jason Baer with Vanessa Motta. Court admits into evidence Government's Exhibit 88 without objection by any defendant.

Government offers and introduces Exhibit 32 – Deposition of Tiffany Turner. Court admits into evidence Government's Exhibit 32 without objection by any defendant.

Government offers and introduces Exhibit 33 – Portion of Audio of Charlotte Jones conversation with Vanessa Motta. Court admits into evidence Government's Exhibit 33 without objection by any defendant.

Government offers and introduces Exhibit 34 – February 20, 2019 Marlene Kennedy Affidavit. Court admits into evidence Government's Exhibit 34 without objection by any defendant.

Government offers and introduces Exhibit 35 – Portion of Audio of Marlene Kennedy conversation with Vanessa Motta. Court admits into evidence Government's Exhibit 35 without objection by any defendant.

Government offers and introduces Exhibit 36 – Deposition of Marlene Kennedy. Court admits into evidence Government's Exhibit 36 without objection by any defendant.
Government offers and introduces Exhibit 37 – Portion of Audio of Marlene Kennedy conversation with Vanessa Motta. Court admits into evidence Government's Exhibit 37 without objection by any defendant.
Government offers and introduces Exhibits 1-31 – FD302 and FD1023 of Cornelius Garrison. Court admits into evidence Government's Exhibits 1-31 without objection by any defendant.
Government offers and introduces Exhibits 38 – Video Recording by Cornelius Garrison of encounter with Sean Alfortish. Court admits into evidence Government's Exhibit 38 without objection by any defendant.
Government offers and introduces Exhibit 40A – Subscriber Information of Sean Alfortish's Google Account. Court admits into evidence Government's Exhibit 40A without objection by any defendant.
Government offers and introduces Exhibit 40B – Sean Alfortish Google Search History. Court admits into evidence Government's Exhibit 40B without objection by any defendant.
Court recesses at 11:30 a.m.
Court resumes at 11:41 a.m.
Attorney Yazbeck waives her presence for the remainder of the hearing.
Government offers and introduces Exhibits 41 and 42 – U.S. Department of Homeland Security TECS Person Encounter List. Court admits into evidence Government's Exhibits 41 and 42 without objection by any defendant.
Government offers an introduces Exhibits 43A and 43B – Video Recordings by Cornelius Garrison of encounter with Sean Alfortish. Court admits into evidence Government's Exhibits 43A and 43B without objection by any defendant.
Government offers and introduces Exhibits 44A, 44B and 44C – Video Recordings by Cornelius Garrison of encounter with Vanessa Motta. Court admits into evidence Government's Exhibits 44A, 44B and 44C without objection by any defendant.
Government offers and introduces Exhibit 45 – The JA Trust professional fees from January through December 2017. Court admits into evidence Government's Exhibit 45 without objection by any defendant.
Government offers and introduces Exhibit 46 – Checks from Affiliated Management LLC made payable to Cornelius Garrison. Court admits into evidence Government's Exhibit 46 without objection by any defendant.
Government offers and introduces Exhibit 47 – Tax Documents for The JA Trust c/o Sylvia Alfortish for the year of 2017. Court admits into evidence Government's Exhibit 47 without objection by any defendant.
Government offers and introduces Exhibit 48 – Tax Documents for Sean Alfortish for the year of 2017. Court admits into evidence Government's Exhibit 48 without objection by any defendant.

Government offers and introduce Exhibit 49 – Email from Vanessa Motta to Will Crammer and cc Matt Crammer. Court admits into evidence Government's Exhibit 49 without objection by any defendant.

Government offers and introduces Exhibit 52 – January 19, 2028 Deposition of Cornelius Garrison. Court admits into evidence Government's Exhibit 52 without objection by any defendant.

Government offers and introduces Exhibit 53. – February 3, 2020 letter to Brad Egenberg from Claude Kelly. Court admits into evidence Government's Exhibit 53 without objection by any defendant.

Government offers and introduces Exhibit 54 – February 3, 2020 letter to Mr. Perrier from Claude Kelly. Court admits into evidence Government's Exhibit 54 without objection by any defendant.

Government offers and introduces Exhibit 55 – Bank account application made by Sylvia Alfortish. Court admits into evidence Government's Exhibit 55 without objection by any defendant.

Government offers and introduces Exhibit 57 – Bank account application made by Sylvia Alfortish. Court admits into evidence Government's Exhibit 57 without objection by any defendant.

Government offers and introduces Exhibit 56 – February 7, 2020 The JA Trust Amendment. Court admits into evidence Government's Exhibit 56 without objection by any defendant.

Government offers and introduces Exhibit 58A – Subscriber Information of Leon Parkers Google Account. Court admits into evidence Government's Exhibit 58A without objection by any defendant.

Government offers and introduces Exhibit 58B – Search History of Leon Parker's Google Account. Court admits into evidence Government's Exhibit 58B without objection by any defendant.

Government offers and introduces Exhibits 64-68 – Mr. Harrison's statements. Court admits into evidence Government's Exhibits 64-68 without objection by any defendant.

Government offers and introduces Exhibits 59 – Text messages between Ryan Harris and Leon Parker. Court admits into evidence Government's Exhibit 59 without objection by any defendant.

Government offers and introduces Exhibit 60 – Subpoena to Vanessa Motta from the U.S. Attorney's office dated September 10, 2020. Court admits into evidence Government's Exhibit 60 without objection by any defendant.

Government offers and introduces Exhibit 61 – September 18, 2020 letter to Brian Klebba from Sean Toomey. Court admits into evidence Government's Exhibit 61 without objection by any defendant.

Government offers and introduces Exhibit 63 – Copy of Indictment in case number 20-92. Court admits into evidence Government's Exhibit 63 without objection by any defendant.

Government offers and introduces Exhibit 69 – Leon Parker's Regions Savings Account Records. Court admits into evidence Government's Exhibit 69 without objection by any defendant.
Government offers and introduces Exhibit 70 – Withdrawal Slip from Leon Parker's Regions Savings Account. Court admits into evidence Government's Exhibit 70 without objection by any defendant.
Government offers and introduces Exhibit 71 – Leon Parker's Regions Checking Account Records. Court admits into evidence Government's Exhibit 71 without objection by any defendant.
Government offers and introduces Exhibit 72 – Withdrawal Slip from Leon Parker's Regions Checking Account. Court admits into evidence Government's Exhibit 72 without objection by any defendant.
Government offers and introduces Exhibit 73 – Subscriber Date for Sylvia Alfortish. Court admits into evidence Government's Exhibit 73 without objection by any defendant.
Government offers and introduces Exhibit 74 – Sean Alfortish Tmobile Call Detail Records. Court admits into evidence Government's Exhibit 74 without objection by any defendant.
Government offers and introduces Exhibit 75 – Email sent by Sean Alfortish. Court admits into evidence Government's Exhibit 75 without objection by any defendant. Government offers and introduces Exhibit 76 – Subscriber Data for Ryan Harris. Court admits into evidence Government's Exhibit 76 without objection by any defendant.
Government offers and introduces Exhibit 77 – Ryan Harris Tmobile Call Detail Records. Court admits into evidence Government's Exhibit 77 without objection by any defendant.
Government offers and introduces Exhibits 78 and 79 – FD302 of Jovanna Gardner. Court admits into evidence Government Exhibits 78 and 79 without objection by any defendant.
Government offers and introduces Exhibit 80 – Photographic Lineup with Leon Parker initialed by Joanna Gardner. Court admits into evidence Government's Exhibit 80 without objection by any defendant.
Government offers and introduces Exhibit 81 – FD302 Interview of Claude Kelly. Court admits into evidence Government's Exhibit 81 without objection by any defendant.
Government offers and introduces Exhibit 82 – Louisiana Attorney Disciplinary Board Recommendation against Sean Alfortish. Court admits into evidence Government's Exhibit 82 without objection by any defendant.
Government offers and introduces Exhibit 83 – News article Related to Staged Car Accidents. Court admits into evidence Government's Exhibit 83 without objection by any defendant.
Government offers and introduces Exhibit 84 – News article from February 2, 2012 titled Sean Alfortish to 46 Months in Prison. Court admits into evidence Government's Exhibit 84 without objection by any defendant.

Government offers and introduces Exhibit 85 – News article Regarding Staged Car Accidents. Court admits into evidence Government's Exhibit 85 without objection by any defendant.

Government offers and introduces Exhibit 86 – News article titled Sean Alfortish Wants back in the Horse Racing Game. Court admits into evidence Government's Exhibit 86 without objection by any defendant.

Defense Counsel Sean Toomey cross-examines witness, Michael Heimbach.

The Court **GRANTS** Defendants' Motion for Extension of Deadline for all Defendants' Motion to Dismiss, Motion to Strike and Motions to Suppress, Rec. doc. 491, for reasons as stated on the record.

The Court **DENIES AS MOOT** Defendants' Motion to Expedite Consideration of Motion to Exclude Certain Exhibits from Evidentiary Hearing or in the Alternative, to Continue Evidentiary Hearing, Rec. doc. 493, and Defendants' Motion to Expedite Consideration of Motion to Exclude Exhibits or to Continue Evidentiary Hearing, Rec. doc. 496.

Hearing will continue at **9:00 a.m. on Friday, December 12, 2025**.

The defendants, Sean D. Alfortish and Leon M. Parker are remanded to the custody of the U.S. Marshals.

Court adjourned at 3:04 p.m.

*WBV*