MINUTE ENTRY
VITTER, J.
DECEMBER 12, 2025
JS10:  6:58

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 24-105** |
| **SEAN D. ALFORTISH** <br> **VANESSA MOTTA** <br> **MOTTA LAW, LLC** <br> **JASON F. GILES** <br> **KING FIRM, LLC** <br> **LEON M. PARKER** <br> **DIAMINIKE STALBERT** <br> **CARL G. MORGAN** <br> **TIMARA N. LAWRENCE** | **SECTION "D"** |

## MOTION HEARING

| | |
|---|---|
| Courtroom Deputy: | Cherice Suer |
| Court Reporter: | Toni Tusa |
| Law Clerk: | Richard Bordelon |

APPEARANCES:  Brian Klebba, Matthew Payne, Jeffrey McLaren and Mary Katherine Kaufman, Asst. U. S. Attorneys
Shaun Clarke, Counsel for Defendant, Sean Alfortish
Sean Toomey, Counsel for Defendant, Vanessa Motta and Motta Law Firm
Lynda Van Davis-Greenstone, Counsel for Defendant, Jason Giles
Richard Terrell Simmons, III, Counsel for Defendant, King Firm, LLC
Stephen J. Haedicke and M. Richard Schroeder, Counsel for Defendant, Leon M. Parker
Hester Hilliard, Counsel for Defendant Diaminike Stalbert
Michael Raspanti, Counsel for Carl Morgan
Sean Alfortish, Vanessa Motta and Leon Parker, Defendants

Court begins at 9:06 a.m.
Case called; all present and ready.
The Court advises that it received an email from counsel Rachel Marie Yazbeck asking to waive both her appearance and the appearance of her client Timara Lawrence. The Court waives both appearances for this hearing.
The Court Grants the Government's Motion for Leave to file Exhibits under Seal, Rec. doc. 498.
The Court resumes evidentiary hearing, continued from December 5, 2025.
Government witness, Michael Heimbach – resumes testimony.
Defense Counsel Shaun G. Clarke cross-examines witness, Michael Heimbach.
Defendant offers and introduces Exhibit D1 – Polygraph report admitted without objection.
Defendant offers and introduces Exhibit D2 – Declaration of Loy Ernst, Jr., admitted without objection.
Defendant offers and introduces Exhibit D3 – Declaration of Jennifer Miller Sporl admitted without objection.
Defendant offers and introduces Exhibit D4 – photo of 2900 Cleary Avenue admitted without objection.
Defendant offers and introduces Exhibit D5 – Walk On's, Metairie, LA, Location webpage admitted without objection.
Defendant offers and introduces Exhibit D6 – screen shot showing directions from 2900 Cleary Avenue to Walk On's admitted without objection.
Defendant offers and introduces Exhibit D7 – map of Chick-fil-A, Metairie, LA admitted without objection.
Defendant offers and introduces Exhibit D8 – Directions from 2900 Cleary Avenue to Walk On's, Metairie, LA admitted without objection.
Defendant offers and introduces Exhibit D9 – Nola.com article admitted without objection.
Defendant offers and introduces Exhibit D10 – WWL article (without video) admitted.
Defendant offers and introduces Exhibit D11 – Nola.com article admitted without objection.
Defendant offers and introduces Exhibit D14 – photo admitted without objection.
Defendant offers and introduces Exhibit D15 – photo admitted without objection.
Defendant offers and introduces Exhibit D16 – deposition transcript of Cesar Lobo Ramos admitted without objection.

Defense Counsel Stephen J. Haedicke cross-examines witness, Michael Heimbach.
Counsel for Government, Matthew Payne re-direct of witness, Michael Heimbach.
Government offers and introduces Exhibit 89 – EDLA court docket under Case No. 20-cr-92. Court takes judicial notice of Government's Exhibit 89.
Government offers and introduces Exhibit 90 – U.S. Attorney Press Release. Court admits into evidence Government's Exhibit 90 without objection.

Government offers and introduces Exhibit 91 – Metropolitan Crime Press Release. Court admits into evidence Government's Exhibit 91 without objection.
Government offers and introduces Exhibit 92 – News articles. Court admits into evidence Government's Exhibit 92 without objection.
Government offers and introduces Exhibit 93 – News articles. Court admits into evidence Government's Exhibit 93 without objection.

Defense Counsel Lynda Van Davis-Greenstone cross-examines witness, Michael Heimbach.
Defense Counsel Richard Simmons, Jr. cross-examines witness, Michael Heimbach.
Government submits its Motion. Agent Michael Heinbach released.

Defendant Motta calls witness, Bradley Egenberg – sworn and testified.
Attorney Sarah Chervinsky made appearance for Bradley Egenberg.
Defense Counsel Sean Toomey examines witness Bradley Egenberg.

Defendant Motta calls witness, Jason Baer – sworn and testified.
Counsel for Government Matthew Payne cross-examines witness, Jason Baer.
Government offers and introduces Exhibit 107– Deposition of Amy Diamambro Court admits into evidence Government's Exhibit 107 without objection.
Defendant offers and introduces Exhibit Motta 1 – text messages between Vanessa Motta and Jason Baer admitted without objection.

Defense Counsel Shaun G. Clarke examines witness, Jason Baer.
Defendant offers and introduces Exhibit – 12- video testimony of Lobo Ramos admitted without objection.

Defendants Leon M. Parker and Sean D. Alfortish's presence waived for remainder of hearing. Those defendants remanded to the custody of the U.S. Marshals.

Defendant offers and introduces Exhibit– 13 video testimony of Lobo Ramos admitted without objection.
Defendant offers and introduces Exhibit– 16 transcript of Cesar Lobo Ramos' deposition admitted without objection.

Arguments by Government in support of its Motion.

Argument by Defense counsel Sean Toomey for Vanessa Motta, in opposition to Defendant's Motion.
Argument by Defense counsel Shaun Clarke for Sean Alfortish in opposition to Defendant's Motion.
Argument by Defense counsel Stephen Haedicke for Leon Parker in opposition to Defendant's Motion.

Argument by Defense counsel Lynda Van Davis-Greenstone for Jason Giles in opposition to Defendant's Motion.
Argument by Defense counsel Richard Simmons, Jr. for King Firm, LLC in opposition to Defendant's Motion.
Argument by Government counsel.
Rebuttal argument by Defense counsel Sean Toomey for Vanessa Motta.
Rebuttal argument by Defense counsel Shaun Clarke for Sean Alfortish.
Rebuttal argument by Defense counsel Stephen Haedicke for Leon Parker.

Matter submitted.
The Court takes this matter under advisement.
Court adjourned at 5:20 p.m.

*WBV*