UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | SECTION: "D"(1) |
| | | (Counts 1 through 8) |
| **RYAN J. HARRIS,** *et al.* | * | |
| | * * * | |

**MOTION FOR LEAVE TO FILE UNDER SEAL GOVERNMENT'S EXHIBITS TO ITS NOTICE OF INTRINSIC EVIDENCE OR, ALTERNATIVELY, EVIDENCE ADMISSIBLE PURSUANT TO FEDERAL RULE OF EVIDENCE 404(b)**

**NOW INTO COURT** comes the United States of America, through the undersigned attorneys, and moves for leave to file the accompanying Government's Exhibit A and an unredacted copy of Exhibit B to its Notice of Intrinsic Evidence, or Alternatively, Evidence Admissible Under Rule 404(b) of the Federal Rules of Evidence. These documents contain the personal identifying information of witnesses and uncharged individuals. The government therefore requests that these exhibits be filed under seal.

Respectfully submitted,

MICHAEL M. SIMPSON
Attorney for the United States
Acting under authority conferred
by 28 U.S.C. § 515

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                           */s/ Matthew R. Payne*
                                           MATTHEW R. PAYNE
                                           Assistant United States Attorney