UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | **SECTION: "D"(1)** |
| | | **(Counts 1 through 8)** |
| **RYAN J. HARRIS**, *et al.* | * | |

* * *

### O R D E R

Considering the foregoing Motion for Leave to File Government's Exhibits to its Notice of Intrinsic Evidence, or Alternatively, Evidence Admissible Under Rule 404(b) of the Federal Rules of Evidence, accordingly,

**IT IS ORDERED** that the Government's motion is hereby **GRANTED**. Government's Exhibit A and an unredacted copy of Government's Exhibit B are hereby ordered to be filed under seal.

New Orleans, Louisiana, this _____ day of January, 2026.

---------------------------------------------
HONORABLE WENDY B. VITTER
CHIEF UNITED STATES DISTRICT JUDGE