TO: DOCKET CLERK

\_\_MAGISTRATE CASE NUMBER

OR

_X_ NO MAGISTRATE PAPERS WERE FOUND

for

NAME: SEAN D. ALFORTISH, VANESSA MOTTA, MOTTA LAW LLC, JASON F. GILES, THE KING FIRM LLC, LEON M. PARKER a/k/a "Chunky", DIAMINIKE F. STALBERT, CARL G. MORGAN, TIMARA N. LAWRENCE

Initials: nml

If you receive this note without any initials, please return the entire packet to criminal desk.

Thank you