UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | **CRIMINAL NO. 24-105** |
| **v.** | \* | **SECTION: "D" (1)** |
| **SEAN D. ALFORTISH** | \* | |

\*   \*   \*

## ORDER

Defendant Sean Alfortish's motion to continue the March 2, 2026 trial date is GRANTED.

A status conference to discuss new trial dates will be held on _____, 2026 at ____.


_____
**HON WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**