UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | **SECTION: "D" (1)** |
| **SEAN D. ALFORTISH** | * | |
| | * * * | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Defendant Sean Alfortish will bring his Motion to Continue Trial Date before the Honorable Wendy B. Vitter, United States District Judge, on the _____ day of _____, 2026, at ____.

Respectfully submitted,

/s/ Shaun G. Clarke
Shaun G. Clarke (La. Bar No. 24054)
**MURPHY BALL STRATTON LLP**
650 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Cell: (713) 858-1657
sclarke@mbssmartlaw.com

**COUNSEL FOR DEFENDANT,
SEAN D. ALFORTISH**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically on January 14, 2026, upon all attorneys of record via the Court's CM/ECF system.

/s/ Shaun G. Clarke