UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| **v.** | * | **SECTION: "D"(1)** |
| | | **(Counts 1-10)** |
| **RYAN J. HARRIS,** *et al.* | * | |

\* \* \*

## GOVERNMENT'S MOTION TO COMPEL COMPLIANCE WITH PRODUCTION OF EXHIBIT LISTS

**NOW COMES** the United States of America, through its undersigned attorneys, who respectfully moves this Honorable Court to compel compliance with the production of exhibit lists by defendants as prescribed in the Court's scheduling order, for the reasons set forth in the accompanying memorandum in support.

Respectfully submitted,

MICHAEL M. SIMPSON
Attorney for the United States
Acting under authority conferred
by 28 U.S.C. § 515

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
SAMIR PAUL
Trial Attorneys

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 26, 2026, I electronically filed the foregoing with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              /s/ *Matthew R. Payne*
                                              MATTHEW R. PAYNE
                                              Assistant United States Attorney