UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | **SECTION: "D" (1)** |
| **SEAN D. ALFORTISH** | * | |
| | *   *   * | |

**DEFENDANT SEAN ALFORTISH'S MOTION TO CONTINUE TRIAL DATE**

Defendant Sean D. Alfortish respectfully moves this Court to continue his March 2, 2025 trial date. Defendants Leon Parker, Diaminike Stalbert, Carl Morgan and Timara Lawrence do not oppose this Motion. The Government and defendants Vanessa Motta, Motta Law, Jason Giles and the King Firm oppose this Motion. For the reasons stated in the memorandum in support of this motion, defendant Sean Alfortish respectfully requests that his March 2, 2026 trial date in this matter be continued.

Respectfully submitted,

/s/ Shaun G. Clarke
Shaun G. Clarke (La. Bar No. 24054)
**MURPHY BALL STRATTON LLP**
650 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Cell: (713) 858-1657
sclarke@mbssmartlaw.com

**COUNSEL FOR DEFENDANT,
SEAN D. ALFORTISH**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically on January 27, 2026, upon all attorneys of record via the Court's CM/ECF system.

/s/ Shaun G. Clarke