UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

VANESSA MOTTA, ET AL.

CRIMINAL ACTION NO.: 2:24-CR-00105

CHIEF JUDGE WENDY VITTER

SECTION: D

MAGISTRATE JUDGE JANIS VAN MEERVELD

DIVISION: 1

### VANESSA MOTTA AND MOTTA LAW, LLC'S *EX PARTE* MOTION TO EXPEDITE HEARING AND INCORPORATED MEMORANDUM IN SUPPORT

NOW INTO COURT, through undersigned counsel, come defendants Vanessa Motta and Motta Law, LLC (together, "Ms. Motta"), who respectfully move this Court to expedite hearing on their Motion *in Limine* to Exclude or Limit Government's Summary Witness Testimony.

Ms. Motta anticipates the government to call FBI Agent Brown to provide impermissible summary witness testimony as early as today, March 17, 2026. The currently scheduled hearing date of April 7, 2026, will not allow the Court to adjudicate Ms. Motta's motion before the government calls Special Agent Brown. Accordingly, Ms. Motta respectfully requests an expedited hearing so that the Court may adjudicate her motion prior to his testimony.

WHEREFORE, Ms. Motta respectfully requests that her Motion *in Limine* to Exclude or Limit Government's Summary Witness Testimony be expedited for hearing.

Respectfully submitted,

*/s/ Sean M. Toomey*
Sean M. Toomey (La. Bar #36055)
Ellen D. George (La. Bar #39891)
Zachary D. Berryman (La. Bar # 40278)
Dominic M. Berthelot (La. Bar # 41159)

-11-

Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
Email: stoomey@liskow.com
       egeorge@liskow.com
       zberryman@liskow.com
       dberthelot@liskow.com

***Attorneys for Defendants Vanessa Motta and Motta Law, LLC***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of March, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

*/s/ Sean M. Toomey*

-12-