UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION NO.: 2:24-CR-00105

                                        CHIEF JUDGE WENDY VITTER

VERSUS                                  SECTION: D

                                        MAGISTRATE JUDGE JANIS VAN
                                        MEERVELD

VANESSA MOTTA, ET AL.                   DIVISION: 1

## **PROPOSED ORDER**

Considering the foregoing motion (R. Doc. ___) filed by defendants Vanessa Motta and Motta Law, LLC to expedite hearing on their Motion *in Limine* to Exclude or Limit Government's Summary Witness Testimony,

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the hearing on the Motion *in Limine* to Exclude or Limit Government's Summary Witness Testimony, which is presently set for hearing on April 7, 2026, at 1:30 p.m., shall be set for hearing on _____, 2026, at _____ a.m./p.m.

New Orleans, Louisiana, this _____ day of _____, 2026.

        _____
        THE HONORABLE WENDY B. VITTER
        CHIEF UNITED STATES DISTRICT JUDGE

-13-