**MINUTE ENTRY**
**VITTER, J.**
**APRIL 23, 2026**
**JS10, 0:15**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                     **CRIMINAL ACTION**

**VERSUS**                                        **NO. 24-105**

**RYAN HARRIS, ET AL.**                           **SECTION: D (1)**

**This Report pertains
to Sean D. Alfortish
and Leon M. Parker**

### TELEPHONE STATUS CONFERENCE REPORT

On April 23, 2026, at the Court's request, the Court held a Telephone Status

Conference in this matter.

**PRESENT:**

> **Matthew R. Payne, Jeffrey R. McLaren, Mary Katherine Kaufman**
> Counsel for the Government
>
> **Shaun G. Clarke**
> Counsel for Defendant, Sean D. Alfortish
>
> **Stephen J. Haedicke**
> Counsel for Defendant, Leon M. Parker

During the conference, the Court discussed with counsel the status of the case

and the Amended Notice of Hearing as to Leon Parker (R. Doc. 810).  The deadlines set forth in the Scheduling Order (R. Doc. 426) remain in effect.

New Orleans, Louisiana, April 23, 2026.

_____
**WENDY B. VITTER**
**United States District Judge**