VITTER, J.
SEPTEMBER 1, 2026
JS10 – 0:03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 24-105 |
| SEAN D. ALFORTISH | SECTION: "D" (1) |
| LEON M. PARKER | |

**JURY TRIAL**
DAY 17

CASE MANAGER: Lanie Bryant/Bridget Gregory
COURT REPORTER: Toni Tusa
LAW CLERK: Frances Ledson

APPEARANCES: Matthew Payne, Brian Klebba, Jeffrey McLaren, Samir Paul, Mary Katherine Kaufman, Counsel for Government
Shaun Clarke and James Washington, III, Counsel for defendant Sean Alfortish
Stephen Haedicke and M. Richard Schroeder, Counsel for defendant Leon Parker
Sean Alfortish, Defendant
Leon Parker, Defendant

Jury resumes deliberations at 8:30 a.m.
Court resumes at 4:38 p.m.
Question received from the jury and discussed with counsel.
Jury enters at 4:43 p.m.
Jury will return on September 2, 2026, at 8:30 a.m. to continue deliberations.
Jury excused for the day at 4:45 p.m.
Court Adjourned at 4:46 p.m.

WBV